## Miller *against* Oliver.

The addition of a basement story to a frame house, finished so far as to have received a family, is not an erection or a construction within the purview of the mechanics' lien law.

ERROR to the common pleas of *Erie* county.

Andrew Oliver and Thomas Oliver against Frederick W. Miller.

*Scire facias sur* mechanics' lien. The work done by the plaintiffs was the raising of a frame building, which had been previously occupied by a family, and building a basement story of stone under it. The objection to the plaintiffs' recovery was, that the work done was neither an erection nor construction, such as was contemplated by the act of assembly.

The court below was of opinion that the work was such as was

embraced by the terms and spirit of the law, and so instructed the jury, who found for the plaintiffs.

*Galbraith,* for plaintiff in error.
*Babbit, contra.*

PER CURIAM.—The addition of a basement story to a frame house, finished so far as to have received a family, which seems to have been the case here, is not an erection or a construction within the purview of the statute. Here the frame was lifted up in order to admit of the new story, which shows that it was not within the contemplation of the builder as a part of the original structure, but an addition to a house already occupied, and no part of its finishing.

Judgment reversed.